**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000740
11-JUL-2025
07:44 AM
Dkt. 99 ODMR**

NO. CAAP-22-0000740

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DANIEL R. GRANILLO, Petitioner-Appellant, v.
STATE OF HAWAIʻI, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2PR191000004)

ORDER
(By: Leonard, Presiding Judge, Hiraoka and McCullen, JJ.)

Upon review of the *Motion for Reconsideration* filed by Daniel R. Granillo on July 3, 2025, the papers in support, and the record, it appears that the motion presents no point of law or fact we overlooked or misapprehended. See Rule 40(b), Hawaiʻi Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawaiʻi, July 11, 2025.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge